469 A.2d 280

Estate of Shepherd.

Appeal of Theresa J. Morabito, Exceptant.

Argued

June 17, 1983. Robert W. Costigan, for appellant; Gary Alan Rochestie, for appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

The decree of the learned Philadelphia County Common Pleas Court Judge Judith J. Jamison and Theodore S. Gutowicz is affirmed.